**STATE of Missouri, Respondent,**

v.

**Terrance JACKSON, Appellant.**

**Terrance JACKSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**Nos. WD 42811, 45083.**

Missouri Court of Appeals,
Western District.

June 30, 1992.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
Sept. 1, 1992.

Deborah B. Wafer, St. Louis, for appellant.

William L. Webster, Atty. Gen., Joan F.
Edwards, Asst. Atty. Gen., Jefferson City,
for respondent.

Before SPINDEN, P.J., and TURNAGE and BRECKENRIDGE, JJ.

## ORDER

PER CURIAM.

Consolidated appeal from convictions of murder in the second degree, § 565.021.1, RSMo 1986, assault in the first degree, § 565.050, RSMo 1986, and two counts of armed criminal action, § 571.015, RSMo 1986, and from the denial of appellant's Rule 29.15 motion for post-conviction relief.

Affirmed. Rules 30.25(b) and 84.16(b).